UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAHEL A. DEMISSIE,**<br><br>        Plaintiff,<br><br>    v.<br><br>**STARBUCKS CORPORATE OFFICE AND HEADQUARTERS,**<br><br>        Defendant. | **Civil Action No. 13-2002 (ESH)** |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant Starbucks Corporate Office and Headquarters' Motion to Enforce Settlement Agreement [ECF No. 34] is GRANTED; it is further

**ORDERED** that the settlement agreement is composed of the following material terms:

1) Settlement amount must be tendered to plaintiff in the amount agreed upon at the November 6, 2014 mediation;

2) Plaintiff will voluntarily resign from her position at Starbucks and not seek rehire;

3) Plaintiff releases Starbucks of all claims apart from her workers' compensation claim; and

4) All material terms to the settlement agreement shall remain confidential.

It is further

**ORDERED** that the parties shall present to the Court by August 27, 2015, proof that the settlement amount has been tendered to Ms. Demissie; it is further

**ORDERED** that Ms. Demissie shall release defendant of all claims excepting her workers' compensation claim; it is further

**ORDERED** that upon notification to the Court that the material terms of the settlement agreement have been satisfied, the Court will dismiss plaintiff's claims with prejudice; it is further

**ORDERED** that plaintiff's Motion to Compel Depositions and Extend Discovery Period [ECF No. 33] is DENIED as moot; it is further

**ORDERED** that defendant's Motion for Protective Order [ECF No. 36] is DENIED as moot; it is further

**ORDERED** that defendant's Second Motion to Enforce Settlement Agreement [ECF No. 41] is DENIED as moot.

**SO ORDERED**.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   July 13, 2015